EDITH PANDOLFI et al., Respondents, v. DOROTHY HERBOLTZHEIMER et al., Defendants, and PATRICIA ELL, Appellant.— In a negligence action to recover damages for personal injuries, etc., defendant Ell appeals from an order of the Supreme Court, Queens County, dated October 30, 1972, which denied her motion for the issuance of a commission to take the oral depositions of three eyewitnesses in the State of Florida. Order reversed, with $20 costs and disbursements to appellant against plaintiffs, motion granted and matter remitted to Special Term for implementation of this determination. In our opinion, the motion should have been granted as a matter of discretion in the interests of justice. Latham, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.